MARY A. MEIGGS, Appellant, *v.* RAYMOND HOAGLAND,
Respondent.

*Meiggs* v. *Hoagland,* 93 App. Div. 617, affirmed.
(Argued May 10, 1906; decided May 25, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 25, 1904, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to compel the defendant to accept title to certain real property which he had contracted to purchase.

*Henry L. Bogert* for appellant.

*James C. Bergen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and HISCOCK, JJ. Not sitting: WILLARD BARTLETT, J.

---

HAROLD SERRELL, as Surviving Partner of the Firm of LEMUEL W. SERRELL, Respondent, *v.* EMMA J. FORBES, as Administratrix of the Estate of FRANCIS FORBES, Deceased, Appellant.

*Serrell* v. *Forbes,* 106 App. Div. 482, affirmed.
(Argued May 10, 1906; decided May 25, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 17, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and dismissing an appeal from an intermediate order permitting an amendment of the summons and complaint in an action to recover for services alleged to have been rendered defendant's intestate.

*Charles T. Haviland* and *J. P. Bickerton, Jr.,* for appellant.

*Herbert S. Brussel* and *E. Walter Beebe* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.